[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JAN 27, 2010
JOHN LEY
ACTING CLERK

_____

No. 09-12317
Non-Argument Calendar

_____

D. C. Docket No. 08-00055-CR-ORL-28-KRS

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

PATRICK WILSON,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(January 27, 2010)

Before CARNES, MARCUS and KRAVITCH, Circuit Judges.

PER CURIAM:

Charles E. Taylor, appointed counsel for Patrick Wilson, has filed a motion

to withdraw on appeal, supported by a brief prepared pursuant to *Anders v.*

*California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because

independent examination of the entire record reveals no arguable issues of merit,

counsel's motion to withdraw is **GRANTED**, and Wilson's convictions and

sentences are **AFFIRMED**.